IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**JOHN DOE**

      **Plaintiff,**

**v.**	      **Civil Action No.: 1:16-CV-72**

**MYLAN PHARMACEUTICALS, INC.**

      **Defendant.**

## STIPULATION OF DISMISSAL

Now comes Plaintiff, John Doe, by counsel, Samuel Petsonk and Lydia Milnes and the law firm of Mountain State Justice, Inc., and Defendant Mylan Pharmaceuticals, Inc., by counsel Theodore A. Schroeder, and Brittany Fink, of the law firm Littler Mendelson, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate to the dismissal of the above captioned matter with prejudice, each party to bear its own costs.

/s/ Lydia C. Milnes_____
Sam Petsonk (WV State Bar No. 12418)
Lydia C. Milnes (WV State Bar No. 10598)
Mountain State Justice, Inc.
215 South Third Street, Suite 901
Clarksburg, WV 26301
Telephone: (304) 326-0188
Facsimile: (304) 326-0189
*Counsel for Plaintiff*

/s/ Theodore A. Schroder_____
Theodore A. Schroeder, Esq.
Brittany Fink, Esq.
EQT plaza, 625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222-3110
*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG DIVISION

**JOHN DOE**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Civil Action No.: 1:16-CV-72**

**MYLAN PHARMACEUTICALS, INC.**

      **Defendant.**

## CERTIFICATE OF SERVICE

I, Lydia C. Milnes, counsel for Plaintiff, hereby certify that on the 30th day of November, 2017, I served the *Stipulation of Dismissal* by filing the same with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following CM/ECF participant:

Theodore A. Schroeder, Esq.<br>
Brittany Fink, Esq.<br>
EQT plaza, 625 Liberty Avenue, 26th Floor<br>
Pittsburgh, PA 15222-3110<br>
*Counsel for Defendant*

                                          /s/Lydia C. Milnes_____
                                          Lydia C. Milnes (WV State Bar No. 10598)